**In the Matter of COLON OIL CORPORA-TION, Debtor.  Krause, Hirsch & Levin and Katz & Sommerich, Appellants.  Colon Oil Corporation, Debtor, Van Vechten Veeder, Trustee of the Debtor, The Colon Development Company, Limited, et al., Appellees.**

**No. 211.**

Circuit Court of Appeals, Second Circuit.

Dec. 14, 1936.

Katz & Sommerich and Krause, Hirsch & Levin, all of New York City (Maxwell C. Katz, Sydney Krause, and Raymond T. Heilpern, all of New York City, of counsel), for appellants.

Cravath, deGersdorff, Swaine & Wood, of New York City (Robert T. Swaine, Wm. D. Whitney, and Richard M. Sellwood, Jr., all of New York City, of counsel), for appellee Colon Development Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

**Roy W. CLOVIS et al. v. CARSON OIL & GAS COMPANY, Braddock Russell, and Albertie Russell.**

**No. 7603.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1937.

M. B. Decker, of Mt. Pleasant, Mich., for appellants.

Norris, McPherson, Harrington & Waer, of Grand Rapids, Mich., for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, and it further appearing that appellants have failed to file the record or docket the case by or before the return day, and that there has been no extension of time therefor,

On consideration whereof, It is ordered that the appeal (11 F.Supp. 797), be, and the same is hereby, docketed and dismissed.